UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                    Case No.:   <u>23-21603-JNP</u>
                                                                          Chapter:    <u>7</u>
Rachel A Raine                                                            Judge:      <u>Jerrold N. Poslusny Jr.</u>

---

### NOTICE OF PROPOSED ABANDONMENT

---

<u>DOUGLAS S. STANGER, Trustee,</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable <u>Jerrold N. Poslusny Jr.</u> on <u>February 27, 2024</u> at <u>11:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$139,410.00  257 A Street Carneys Point, NJ  08069

Liens on property:

$130,762.00 Dovenmuehle Mortgage Inc

Amount of Equity claimed as exempt:

$8,648.00

Objections must be served on, and requests for additional information directed to:

Name:        Douglas S. Stanger

Address:     1550 Zion Road, Northfield, NJ 08225

Telephone No.   (609) 645-1881