UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.:   23-21603-JNP
                                                                Chapter:    7
Rachel A Raine                                                  Judge:      Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk, US Bankruptcy court
> 401 Market Street
> Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on  February 27, 2024 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no.   4C      . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

> Description and value of property:
>
> $139,410.00  257 A Street Carneys Point, NJ  08069

> Liens on property:
>
> $130,762.00 Dovenmuehle Mortgage Inc

> Amount of Equity claimed as exempt:
>
> $8,648.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 1550 Zion Road, Northfield, NJ 08225

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:  
Rachel A Raine  
    Debtor

Case No. 23-21603-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2024     Form ID: pdf905     Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel A Raine, P.O. Box 269, Quinton, NJ 08072-0269 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520112021 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 20:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520112023 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 29 2024 20:47:00 | Dovenmuehle Mortgage Inc, Attn: Bankruptcy, 1 Corporate Drive St 360, Lake Zurich, IL 60047 |
| 520112022 | + | Email/Text: mrdiscen@discover.com | Jan 29 2024 20:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520112020 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2024 20:59:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520112024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 21:10:22 | Syncb/walmart, Attn:Bankruptcy, PO Box965060, Orlando, FL 32896-5060 |
| 520112025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 20:59:24 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520112026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 20:59:10 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520112027 | ^ | MEBN | Jan 29 2024 20:44:26 | Westlake Portfolio Management, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-21603-JNP    Doc 10    Filed 01/31/24    Entered 02/01/24 00:17:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf905 | Total Noticed: 11 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024               Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Gary M. Salber | on behalf of Debtor Rachel A Raine gsalberlaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5