Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–21603–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel A Raine
   aka Rachel A Geldreich
   P.O. Box 269
   Quinton, NJ 08072

Social Security No.:
   xxx–xx–2725

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

257 A Street, Carneys Point, NJ


Dated: February 22, 2024
JAN: eag

                          Jeanne Naughton
                          Clerk